

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00034-CR

COURTNEY WASHINGTON
v.
THE STATE OF TEXAS

On Appeal from the
19th District Court of McLennan County, Texas
Trial Court Cause No. 2020-1461-C1

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified by this Court. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

November 7, 2024